```
                                    FILED            RECEIVED
                                    ENTERED          SERVED ON
                                           COUNSEL/PARTIES OF RECORD

                                         JAN 15 2013

                                    CLERK US DISTRICT COURT
                                    DISTRICT OF NEVADA
                               BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-168-KJD-(GWF) |
| ) | |
| ERNESTO LUCERO, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On May, 2, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ERNESTO LUCERO to the criminal offenses, forfeiting specific property alleged in the Superseding Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant ERNESTO LUCERO pled guilty. Superceding Criminal Indictment, ECF No. 15, Minutes of Change of Plea Proceedings, ECF No. 42; Plea Memorandum, ECF No. 43; Preliminary Order of Forfeiture, ECF No. 44.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 8, 2012, through June 6, 2012, further notifying all known third parties by personal service, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 46. Notice of Filing Service of Process, ECF No. 49.

1       On June 29, 2012, The United States Marshals Service personally served Victor Smith with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 49.

3       On July 2, 2012, Victor Smith filed a Claim with the court. On September 4, 2012, a Petition, Stipulation for Return of Property and Order was filed with the court. On September 7, 2012, the Order Granting the Petition, Stipulation for Return of Property was entered. Claim, ECF No. 47; Proposed Petition, Stipulation for Return of Property and Order, ECF No. 52; Order, ECF No. 55.

7       This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

9       This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

11       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    Phoenix Arms Co., Model HP22, .22 caliber semi-automatic handgun, serial number 4164586;

    b.    Smith & Wesson, .22 caliber revolver, serial number K127962; and

    c.    any and all rounds of ammunition.

21       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

26    . . .

1   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2   certified copies to the United States Attorney's Office.
3   DATED this _____ 15th _____ day of _____ Jan _____, 2013.

_____
UNITED STATES DISTRICT JUDGE